```
___ FILED      ___ ENTERED
___ LOGGED     ___ RECEIVED

            JUL 0 8 2015
              AT GREENBELT
       CLERK, U.S. DISTRICT COURT
          DISTRICT OF MARYLAND
       BY ___/s/___ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                *    Case No. 8:15-po-6192

SAMUEL J. ANTHONY,                *
        Defendant
                              *   *   *   *

### ORDER WAIVING INITIAL APPEARANCE AND SETTING TRIAL DATE

Upon consideration of the Defendant's request to waive initial appearance and set a trial date, it is this **7th day of July, 2015,** by the United States District Court for the District of Maryland hereby,

**ORDERED, that the initial appearance is waived for July 17, 2015, and trial is scheduled for September 14, 2015, at 8:30 am at U.S. District Court, 6500 Cherrywood Lane, Courtroom to be announced, Greenbelt, Maryland 20770.**

Any requests for postponement shall be made in writing and filed with the Clerk of the U.S. District Court, Misdemeanor Section, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 at least three (3) business days prior to the date of trial. Previously established filing deadlines shall remain in force; otherwise, pretrial mandatory motions under Fed. Rule Crim. P 12(b)(3) shall be filed within 40 days of the date of this Order, responses within 14 days of the service of the motion, and replies within 5 days of the service of the response. Discovery motions, responses and other discovery related matters need not be filed with the Court, unless judicial action is sought. Rule 12(b)(3) defenses, objections or requests not raised by the applicable deadlines are deemed waived. If applicable, the consent and waiver provided in 18 U.S.C. §3401(b) shall be filed at least two weeks before trial.

Defense counsel shall advise the Defendant of the date, time and location of the trial. Further, defense counsel shall immediately notify the court if an interpreter is necessary for trial.

                                  /s/
                        _____
                        THOMAS M. DIGIROLAMO
                        United States Magistrate Judge